**86**

## ORDER

PER CURIAM.

Louis Jordan ("movant") appeals the judgment of the motion court denying his motion for post-conviction relief pursuant to Missouri Supreme Court Rule 29.15 without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

## ORDER

PER CURIAM.

Dementral Franks (Husband) appeals from a judgment of the St. Louis County Circuit Court awarding modifiable maintenance to Darlenda Franks (Wife). In his first point, Husband contends the trial court erred by awarding modifiable maintenance to Wife because she failed to meet her burden of proof. Husband's second point essentially rehashes the question of Wife's need raised in his first point, but he also alleges his inability to pay modifiable maintenance of $750 per month and can only afford to pay $200 per month.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion reciting detailed facts and restating principles of law would have no precedential value. We affirm the award pursuant to Rule 84.16(b).

**Dementral FRANKS, Appellant,**

v.

**Darlenda FRANKS, Respondent.**

No. ED 78358.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 13, 2001.

**Homer V. PRICE, Trustee,
et al., Respondents,**

v.

**Elias T. GAMEL, et al., Appellants.**

No. ED 77045.

Missouri Court of Appeals,
Eastern District,
Southern Division.

March 13, 2001.

Jonathan D. Marks, St. Louis, MO, Attorneys for Appellant.

William K. Meehan, St. Louis, MO, Attorneys for Respondent.

Before MOONEY, P.J. and SIMON and SULLIVAN, JJ.

William B. Beedie, Farmington, MO, for appellant.

Roland A. Wegmann, Wegmann, Gasaway, Stewart, Schneider, Dieffenbach, Tesreau & Sherman, Hillsboro, MO, for respondent.